# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

BRANDY GREENOUGH,

Appellant,

v.

EBAY, INC.,

Appellee.

No. 2D23-1180
_____

February 23, 2024

Appeal from the County Court for Manatee County; Renee L. Inman,
Judge.

Brandy Greenough, pro se.

Lauren R. Robertson of Holland & Knight, LLP, Tampa; and Jamie
Billotte Moses of Holland & Knight, LLP, Orlando, for Appellee.


PER CURIAM.

   Affirmed.


VILLANTI, LaROSE, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.